UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

PAM CONNER,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.                                     No. 12-cv-861-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 22, 2013, this case is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT


                                   BY:      /s/*Sara Jennings*
                                            **Deputy Clerk**

Dated:   March 29, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.29
11:23:43 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT